```
                                              F I L E D
                                         IN CLERK'S OFFICE
                                      U.S. DISTRICT COURT E.D.N.Y.

                                      ★    SEP 29 2017    ★

                                         LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Lynne Callace and Nicole P. Dwyer, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Portfolio Recovery Associates, LLC,

Defendant.

Docket No: 2:17-cv-02809-JFB-ARL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 25, 2017

| | |
|---|---|
| **TROUTMAN SANDERS LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Amanda Genovese | By: /s Craig B. Sanders |
| Amanda Lyn Genovese | Craig B. Sanders |
| 875 Third Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Telephone: (212) 704-6000 | Tel. (516) 203-7600 |
| Facsimile: (212) 704-6288 | Email: *ConsumerRights@BarshaySanders.com* |
| Email: amanda.genovese@troutmansanders.com | Our File No: 110965 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Portfolio Recovery Associates, LLC* | |

The Clerk of the Court shall close this case.

SO ORDERED

/s/ Joseph F. Bianco
USDJ
Date: Sept. 29, 2017
Central Islip, N.Y.